AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Ryan Macaulay, | ) Case No. 1-24-CR-180 |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 801 |
|---|---|---|
| | | Date and Time: 8/22/24 @ 9:00 AM |

This offense is briefly described as follows:
Conspiracy to Commit Bank Fraud
(Violation of Title 18, United States Code, Section 1349)
Bank Fraud
(Violation of Title 18, United States Code, Section 1344(2))
Conspiracy to Commit Money Laundering
(Violation of Title 18, United States Code, Section 1956(h))
Money Laundering – Unlawful Monetary Transactions
(Violation of Title 18, United States Code, Section 1957)

Date: 8/16/24

_Issuing officer's signature_
D. ESTOVEZ Deputy Clerk
_Printed name and title_

I declare under penalty of perjury that I have:

☐ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_

Case No. 1:24-cr-180-PTG

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

_____

Usual place of abode *(if different from residence address):* _____

_____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

_____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

_____.

I declare under penalty of perjury that this information is true.

Date returned: _____    _____
                                                         *Server's signature*

                                   _____
                                                    *Printed name and title*

Remarks: