# UNITED STATES DISTRICT COURT
## ** ARRAIGNMENT **

Case No. **1:24cr180-1, 2**  Date: **08/22/2024**
Court Time: 9:02 a.m. – 9:26 a.m.
(00:24)

DOCKET ENTRY: **ARRAIGNMENT**

U.S.A. vs. **RAYMOND RAHBAR, JR. - 1**
            **RYAN MACAULAY - 2**

PRESENT:  **Honorable Patricia Tolliver Giles**, U. S. District Judge
          Paulina Miller, Deputy Clerk
          S. Wallace, Court Reporter
          Christopher Hood, Kristin Starr, Asst. U. S. Attorney
          Christian Schreiber, Mark Schamel (phv), Attorneys for Defendant Raymond Rahbar, Jr.
          Rammy Barbari, David Benowitz, Attorneys for Defendant Ryan Macaulay
          None, Interpreter

**PROCEEDINGS:**

☒ Defendants' are arraigned and specifically advised of rights.

☒ Defendants' waive reading of indictment - WFA

☐ Indictment/Information read.

**PLEA: NOT GUILTY ON ALL COUNTS**

- The Parties represent to the Court that this case could be complex. The Court **DIRECTS** a proposed Order be submitted re: complexity of case and waiver of Speedy Trial.

MOTIONS TO BE FILED WITHIN 60 DAYS, BY: **OCTOBER 21, 2024**.
RESPONSES FILED WITHIN 20 DAYS.
MOTIONS ARGUMENT ON **THURSDAY, JANUARY 9, 2025** at **9:00 a.m.**

CASE CONTINUED TO **WEDNESDAY, JANUARY 22, 2025** at **10:00 a.m.** FOR **JURY** TRIAL

**X** Discovery Order, Joint Motion for Entry of a Stipulated Protective Order and Protective Order entered in open Court as to Defendant Raymond Rahbar, Jr.

**X** Discovery Order, Joint Motion for Entry of a Stipulated Protective Order and Protective Order entered in open Court as to Defendant Ryan Macaulay.

The Court adds the Condition of All Firearms are to be removed from Defendant Rahbar's home. Order to enter.

Counsel for Macaulay requests that the District of Columbia be added to the special conditions re: personal association, residence, or travel and the surrender of passport to Pretrial Services include a provision that Defendant be allowed to obtain permission/passport if necessary to travel internationally for employment – GRANTED.

**Deft R. Rahbar**   ☐ Remanded   ☒ Continued on Bond   ☐ Released on _____ Bond –
                                        w/added condition          see Order Setting Conditions of Release

**Deft R. Macaulay** ☒ Released on 08/22/2024 Bond – see Order Setting Conditions of Release