IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>) Case No. 1:24-cr-180 (PTG)<br>RAYMOND RAHBAR, JR., *et al.*, )<br>)<br>*Defendant*. )<br>)<br>) | |

## ORDER

This matter is before the Court on Defendant Ryan Macaulay's Motion for Pretrial Ruling on Existence of a Conspiracy and Admissibility of Co-Conspirator Statements (Dkt. 35) and Defendant Raymond Rahbar, Jr.'s Motion to Modify Discovery Order (Dkt. 48), Motion for a Bill of Particulars (Dkt. 49), Motion for Discovery of Rule 802(d) Statements (Dkt. 50), Motion to Dismiss (Dkt. 52), Motion for Disclosure of Specific *Brady* Evidence (Dkt. 53), Motion for Disclosure of Favorable Evidence Against Witnesses Not Called to the Stand by the Government (Dkt. 54), Motion to Adopt, Join, and Conform (Dkt. 55), and Motion to Suppress Search of Google Account (Dkt. 56). For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant Raymond Rahbar, Jr.'s Motion to Adopt, Join, and Conform (Dkt. 55) is **GRANTED**; it is further

**ORDERED** that Defendant Ryan Macaulay's Motion for Pretrial Ruling on Existence of a Conspiracy and Admissibility of Co-Conspirator Statements (Dkt. 35) is **DENIED**; it is further

**ORDERED** that the Motion to Modify Discovery Order (Dkt. 48) is **GRANTED** in part and **DENIED** in part. The Court amends the Discovery Order (Dkt. 15) to require that the Government disclose 404(b) materials no later than fifteen (15) business days before trial.

Defendants shall then file any motions related to the 404(b) materials within seven (7) calendar days of disclosure; it is further

**ORDERED** that the Motion for Specification of 802(d)(2) Statements (Dkt. 50) is **DENIED**; it is further

**ORDERED** that the Motion for Disclosure of Specific *Brady* Evidence (Dkt. 53) is **DENIED**; it is further

**ORDERED** that the Motion for Disclosure of Favorable Evidence Against Witnesses Not Called to the Stand by the Government (Dkt. 54) is **DENIED**; and it is further

**ORDERED** that the Motion to Suppress Search of Google Account (Dkt. 56) is **DENIED**. The Court has taken the Motion to Dismiss (Dkt. 52) and Motion for a Bill of Particulars (Dkt. 49) under advisement. The parties are directed to engage in additional discussions regarding the Motion for a Bill of Particulars (Dkt. 49).

Entered this 26th day of February, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

2