# ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES***

Date: 4/15/2025     Judge: **LEONIE M. BRINKEMA**     Reporter: R. Stonestreet

Time: 10:36 to 11:00 (00:24)                              Courtroom Deputy: K.Galluzzo

**UNITED STATES OF AMERICA**
V

**RYAN MACAULAY**                1:24cr000180-002
Defendant's Name                 Case Number

Peter Benowitz, Rammy Barbari        Christopher Hood, Avishek Panth, Kristin Starr
Counsel for Defendant                Counsel for Government

Matter called for:
( ) Motions            ( ) Setting Trial Date    (X) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment        ( ) Appeal from USMC      ( ) Sentencing              ( ) Rule 20 & Plea
( ) Revocation – Supervised Release Hearing     ( ) Pre-Indictment Plea     ( ) Other:

Defendant appeared:         (X) in person             ( ) failed to appear
                            (X) with Counsel          ( ) without counsel      ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   (X) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order

Arraignment & Plea:
( ) WFA   ( ) FA   (X) PG   ( ) PNG   Trial by Jury:   ( ) Demanded   ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count 1, 5, 7, and 11 of the Superseding Indictment, Plea Accepted (X)
Motion for Dismissal of Count(s) _____ ( ) by U.S.   ( ) by Deft.
( ) Order entered in open court   ( ) Order to follow
Defendant directed to USPO for PSI:   (X) Yes   ( ) No
Case continued to **SEPTEMBER 4, 2025** at **9:00 AM** for:   (X) Sentencing with Judge Giles

**REVOCATION – SUPERVISED RELEASE HEARING:**

Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: _____ Months; ( ) Supervised Release terminated

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____         ( ) Unsecured         ( ) Surety         ( ) Personal Recognizance

( ) Release Order Entered   ( ) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody   ( ) Summons Issued   (X) On Bond   ( ) Warrant Issued   ( ) 1st appearance

Orally added conditions of pretrial release:
- Deft must cooperate with PO for preparation of PSR.
- Deft must reappear for sentencing hearing