# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 24-cr-00180 |
| ) | |
| RYAN MACAULAY, ) | |
|     Defendant ) | |

## MOTION TO TEMPORARILY RETURN PASSPORT

Ryan Macaulay, by and through undersigned counsel respectfully requests this Court allow the temporary return of his passport in order to travel internationally for work purposes.

In support of this Motion, Mr. Macaulay states the following:

1. On April 25, 2025, Mr. Macaulay filed a Motion to Travel, which included a Motion to Temporarily Return Passport. *See* Dkt. No. 115.

2. On April 29, 2025, Counsel received an electronic notification requesting that the Motion to Temporarily Return Passport be filed separately.

3. Consequently, Mr. Macaulay requests his passport be temporarily returned to him in order to travel internationally to Spain for work, as referenced through the previously filed motion. *See* Dkt. No. 115.

WHEREFORE, for the forgoing reasons, Mr. Macaulay respectfully requests that this Court allow his passport to be temporarily returned to him in order to travel internationally for work to Barcelona, Spain and Cadiz, Spain, from May 7, 2025, through May 28, 2025.

Respectfully submitted,

____/s/_____

David B. Benowitz
VSB # 91194

Rammy G. Barbari
VSB # 88414
Price Benowitz LLP
409 Seventh Street, NW, Suite 200
Washington, DC 20004
Tel: 202-417-6000
Fax: 202-664-1331
E: david@pricebenowitz.com E: rammy@pricebenowitz.com

*Counsel for Ryan Macaulay*


## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2025, a copy of the foregoing Motion to Temporarily Return Passport has been served via CM/ECF upon the parties in this matter.

\_\_\_\_/s/_____
Rammy G. Barbari