# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> RAYMOND RAHBAR, JR., *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:24-cr-180 (PTG) |

## ORDER

This matter comes before the Court on Defendants' pre-trial motions (Dkts. 49, 52, 97, 99, 102, 104, 107). On April 10 and April 15, 2025, this Court accepted Defendant Ryan Macaulay's and Defendant Raymond Rahbar Jr's pleas. Dkts. 111-112. Accordingly, it is hereby

**ORDERED** that Defendants' pretrial motions (Dkts. 49, 52, 97, 99, 102, 104, 107) are **DENIED** as moot.

Entered this 14th day of August, 2025.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge