IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 1:24-cr-180 PTG-2 |
| | ) |
| RYAN MACAULAY, | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

This matter comes before the Court on its own initiative. The Court scheduled a sentencing hearing for Defendant on September 4, 2025 at 9:00 a.m. However, Defendant did not appear for the hearing, and, therefore, it was continued. Accordingly, it is hereby

**ORDERED** that Defendant's sentencing hearing is scheduled for **September 25, 2025 at 9:00 a.m.**

Entered this 4th day of September, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge