## SENTENCING MINUTES

Date: **09/25/2025**

Judge: **PATRICIA TOLLIVER GILES**
Reporter: S. Wallace
Time: 11:05 a.m. – 12:09 p.m.
(01:04)
**Case Number: 1:24cr180-2**
Interpreter/Language: None/N/A

UNITED STATES OF AMERICA

Counsel/Govt: **Kristin Starr**

v.

**RYAN MACAULAY**

Counsel/Deft: **Daniel Goldman**

Court adopts PSI ( **X** )    without exceptions (   )    with exceptions: ( **X** )

**Deft Objects to Paragraph 44:** As outlined in the response to Paragraph 35 above, the loss amount attributable to Mr. Macaulay's role in the conspiracy is under $3,500,000. Thus, he should not receive the 18-point adjustment, but rather, at most, a 16-point adjustment for a loss amount between $1,500,000 and $3,500,000 – **SUSTAINED. The Court found that USSG 2B1.1(b)(1)(H) applied.**

**Paragraph 48, 56, 83:** As outlined in the response to Paragraph 38 above, Mr. Macaulay should not receive the 2-point adjustment for a leadership role in the offense. He was not an organizer, leader, director, or recruiter of illegal conduct, and did not serve as a major hub of illegal conduct – **SUSTAINED. The Court found it did not apply. As a result of these changes, the adjusted total offense level is 22 and resulting guideline range is 41 to 51 months. The bottom of the fine range was also changed to $15,000.**

**SENTENCING GUIDELINES:**
Offense Level: 26 → 22
Criminal History: I
Imprisonment Range: 63 to 78 months → 41 to 51 months
Supervised Release Range: Count 1: 2 years - 5 years
                         Count 5: 2 years - 5 years
                         Count 7: 1 year - 3 years
                         Count 11: 1 year - 3 years
Fine Range: Count 1: $15,000.00 - $1,000,000.00
            Count 5: $15,000.00 - $1,000,000.00
            Count 7: $15,000.00 - $1,000,000.00
            Count 11: $15,000.00 - $1,000,000.00
Restitution $ **TBD**
Special Assessment $400 ($100 per each count 1s, 5s, 7s, 11s)

**JUDGMENT OF THE COURT:**
BOP for 24 months as to Counts 1s, 5s, 7s, and 11s, to all run concurrent.
Supervised Release for 3 Years, with special conditions: ( **X** ) Yes    (   ) No
Restitution TBD – **Restitution Hearing set for 11/20/2025 at 9:00 a.m.**
No punitive fines/costs of incarceration imposed.
Special Assessment $400 ($100 per each count 1, 5, 7, 11)

- Consent Order of Forfeiture entered in open court.
- Defendant advised of appeal rights.
- Government to file Motion Dismissing Remaining Counts and Proposed Order.

**SPECIAL CONDITIONS**:
1) The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.
2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
3) The defendant shall provide the probation officer access to any requested financial information.

---

**RECOMMENDATIONS to BOP**:

| | |
|---|---|
| **X** | Dft. To be designated to: <u>FCI Fairton, Fairton, New Jersey, if not, FCI Cumberland, Cumberland, Maryland.</u> |
| ____ | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| ____ | Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP) |
| ____ | Other: |

Deft: ( ) Remanded    ( **X** ) Cont'd on Bond to Self-Surrender    ( ) Referred to USPO    ( ) Immediate Deportation
As notified by the USM not before
(60) days