# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | :  Case No.: 1:24-CR-00180-PTG-2 |
| | : |
| RYAN MACAULAY | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Ryan Macaulay hereby notes his appeal of his convictions and sentences to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on September 25, 2025.

Respectfully submitted,

RYAN MACAULAY

/s/ Daniel H. Goldman

Daniel H. Goldman, VSB # 82144
The Law Office of Daniel Goldman
421 King Street, Suite 505
Alexandria, Virginia 22314
(202) 677-5709 – Phone
dan@dangoldmanlaw.com

*Counsel for Ryan Macaulay*

Dated: October 9, 2025

## CERTIFICATE OF SERVICE

I, Daniel Goldman, Esq., hereby certify that on this 9th day of October 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Daniel H. Goldman